IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff*,<br>v.<br><br>Undetermined quantities of ELDERBERRY JUICE CONCENTRATE, an article of drug in various sizes of glass bottles and in 50.10 gallon metal drums, *et al.*,<br><br>    *Defendants*.<br><br>WYLDEWOOD CELLARS, INC.,<br><br>    *Claimant*. | Case No. 11-1148-JAR-JPO<br><br>**VERIFIED CLAIM BY**<br><br>**WYLDEWOOD CELLARS, INC.** |

For its claim to defendants, Wyldwood Cellars, Inc., states:

1. Wyldewood Cellars, Inc., is a Kansas corporation engaged in the District of Kansas in the business of manufacturing and distributing (both wholesale and retail) elderberry products, such as, elderberry juice concentrate.

2. On June 1, 2011, the United States Marshals Service for the District of Kansas executed a warrant of arrest in rem issued in this action and seized in place from Wyldewood Cellars, Inc., sixteen 50.10-gallon drums and 6,938 bottles of various sizes of elderberry juice concentrate at Wyldewood Cellars' manufacturing and distribution plant and retail store in Sumner County, Kansas, all as described in the Process Receipt and Return (Doc. 6) filed in this action by the United States Marshals Service on June 2, 2011.

3. Wyldewood Cellars, Inc., is the owner of the seized drums, bottles, and elderberry juice concentrate.

- 2 -

                JOSEPH & HOLLANDER LLC
                *Attorneys for Wyldewood Cellars, Inc.*

By:    /s/ Stephen M. Joseph (Kan. Reg. No. 07452)
        500 North Market Street
        Wichita, KS 67214-3514
        Tel: (316) 262-9393
        Fax: (316) 262-9006
        Email: sjoseph@josephhollander.com

### VERIFICATION

I verify under penalty of perjury that the foregoing is true and correct. Executed on June 10, 2011.

_____
John A. Brewer
President
Wyldewood Cellars, Inc.